# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE SANTANA BALDERAS-RAMOS, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.   06-480 M <br><br> DETENTION ORDER |

Offense charged:

    Count I:    Felon in Possession of a Firearm - Armed Career Criminal, in violation of Title 18, U.S.C., Sections 922(g)(1) and 924(e).

Date of Detention Hearing: September 25, 2006.

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Andrew Colasurdo.  The defendant was represented by Jackie Walsh.

    The defendant stipulates to detention.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)  The defendant's ties to this district are unknown/unverified and he is a native and citizen of Mexico with questionable legal residency status.

    (2)  The defendant had just concluded his term of supervised release in March 2006 when he allegedly re-offended on April 6, 2006.  While on bail for the April 2006 state charges, the defendant was arrested for possession of

drugs and firearms during a traffic stop on May 8, 2006. These pending state court matters are related to the instant offense.

(3) Due to the nature and seriousness of the crime alleged, in combination with Defendant's felony criminal history and pending state court criminal matters related to the instant offense, release of the defendant would pose a risk to the community.

(4) The defendant stipulates to detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///
///
///
///
///

DETENTION ORDER
PAGE -2-

1   (4)  The clerk shall direct copies of this order to counsel for the United States,
2        to counsel for the defendant, to the United States Marshal, and to the
3        United States Pretrial Services Officer.
4   DATED this 26th day of September, 2006.

_____
Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-